UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clarence EVANS

Write the full name of each plaintiff.

24 CV 0927 (LTS)(CS)

(Include case number if one has been assigned)

-against-

Co. Atkins; Co. DZhegurov; Co Knecht; Co. Walker; sgt Bell; Sgt. Reed; Lt. Jordan; Capt. Barlow; Dss sherman; SHU Director Rodriguez, Then the Jane or John Doe Acting superintendent. Co. Demelo; Co. K. Wilson; And one Hutchins    Note: Full or what I was given is on PAPER with Addresses to them.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

AMENDED COMPLAINT 2Nd
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



RECEIVED OCT 22 2024 CHAMBERS OF CATHY SEIBEL U.S.D.J.

Rev. 5/20/16

I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights 8th Amendment violation, more I believe but not sure as I only know what took place

☒ Other: Right to Be free from Assault, Failuar to Protect, Due Process, Employee Misconduct

II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Clarence _____ Evans
First Name / Middle Initial / Last Name

Clarence Evans JR
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

09A4652
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Attica corr. FAC. ~~[scribbled]~~
Current Place of Detention

PO BOX 149
Institutional Address

Attica    NY    14011-0149
County, City / State / Zip Code

III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: _____ Atkins _____ _____
First Name          Last Name          Shield #

Correctional Officer
Current Job Title (or other identifying information)

Sullivan Corr. Fac.   325 Riverside Drive   PO Box 116
Current Work Address

Fallsburg                    NY              12733-0116
County, City                 State           Zip Code

Defendant 2: Valentin           Dzhegurov         37797
First Name          Last Name          Shield #

Correctional Officer
Current Job Title (or other identifying information)

Shawangunk,  200 Quick Rd.
~~Sullivan Corr. Fac.~~ ~~325 Riverside Drive~~ ~~PO Box 116~~
Current Work Address                        12589

Wallkill
~~Fallsburg~~           NY              ~~12733-0116~~
County, City                 State           Zip Code

Defendant 3: Kevin             Knecht            35457
First Name          Last Name          Shield #

Correctional Officer
Current Job Title (or other identifying information)

Sullivan Corr. Fac.   325 Riverside Drive   PO Box 116
Current Work Address

Fallsburg                    NY              12733-0116
County, City                 State           Zip Code

Defendant 4: Thomas            Walker            38560
First Name          Last Name          Shield #

Correctional Officer
Current Job Title (or other identifying information)

Otisville              57 Sanitorium Ave
~~Sullivan Corr. Fac.~~ ~~325 Riverside Drive~~ ~~PO Box 116~~
Current Work Address                        10963
Otisville
~~Fallsburg~~           NY              ~~12733-0116~~
County, City                 State           Zip Code

(18)-(1)                                        Page 3

## Defendant Information (3B)-(2)

Defendant 5: K. Wilson
Correctional Officer
Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
Fallsburg    NY    12733-0116

Defendant 6: Demelo
Correctional Officer
Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
Fallsburg NY 12733-0116

Defendant 7: Jordan
Lieutenant
Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
Fallsburg    NY    12733-0116

Defendant 8: Bell
Sergeant
Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
Fallsburg    NY    12733-0116

Defendant 9: Reed.
Sergeant
Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
Fallsburg    NY    12733-0116

Defendant Information (3B)-(3)

Defendant 10: Barlow

    Captain

    Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
    Fallsburg NY 12733-0116


Defendant 11: W. Sherman

    DSS Duty Superintendent of Security
    Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
    Fallsburg NY 12733-0116


Defendant 12: A. Rodriguez

    Director of Special Housing Unit

    The Harriman State Campus Building 2 or Building 4
    1220 Washington Ave
    Albany NY 12226-2050


Defendant 13: Hutchins

    ORC Offender Rehabilitation Coordinator
    Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
    Fallsburg NY 12733-0116


Defendant 14: Jane or John Doe
    That was Acting Superintendent
    Sullivan Corr. Fac. 325 Riverside Drive PO Box 116
    Fallsburg NY 12733-0116

V.    STATEMENT OF CLAIM

Place(s) of occurrence: Sullivan Corr. Fac. 325 River Side Drive PO BOX 116 Fallsburg NY 12733

Date(s) of occurrence: 1/10/24

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary. On 1/10/24 as I was Locking In Sullivan Corr. Fac. E-North I was Assaulted But DOCS staff and set up to Be Jumpped and Robbed By other Inmates. As the day go I came In From the Law library on the 3 toll shift I was told By defendant V. Dzhegurov that he do not want none of the shit From the Morning on his shift. I told him I Am good and he can leave me In My cell. Later on defendent Atkins did Rounds with the go around and I told him to dead lock me For the night As I was on Loss of Rec So I was not going out For chow. Now and Be had my cell open up At chow time And I know I was Being set up For the DOCS staff have A thing For Setting up Fights then spraying us For Rec they do it as a game. However when my cell open up I came out For I did not want them to spray my cell And then they throw out my property As In the pass. So As I came out Picked up my food Tray And going Back to the sitting area to Eat. I was Approched By others and the defendents know what was going on For Issues From the morning shift. Then I was standing there As A next Inmate Advanced on me I grabbed him and held As the Defendents Atkins, Dzhegurov, and Knecht Just stood there waiting and watching every thing As the 3 of them was waiting For the Fight which I did not give them For I Just held the other Person. They set It up so that they can Beat us and spray us which when then Felt to stop what was going on defendant Dzhegurov Slammed the other Inmate and I put my hands up and Back up defendent Atkins Begain to use the spray to Assault us As he hit officer Dzhegurov and the other Inmate First then turned to me and sprayed me In the Face and eye when my hands was In the Air and I was not doing nothing. So now to Justified the Fact he sprayed us he wrote up A False Document which was a MBR. Saying that we was Fighting.

His defendant Atkins MBR stated that me and a next Inmate was throwing close Fist punches And that was not True and Later at the hearing was dismissed For that was not what happen.

Then when I was tooken to the hospital to Be checked I was not treated right I was only Allowed to wash my Face which It Felt As It got worst For It Really started Burning more and my eyes I could not open and my vision was Blerrey For Hours. After. Defendant Walker come In Because he knew that I was not In the Block and that I was at Medical and at some time while I was there he opened my cell And It was Robbed By others. He Also Is the one that have A List to say If I was to come out to chow or not which him Along with the other 3 Floor officers Are defendants For they set It up Allowed It to take place so that they will Be Able to spray and hurt us. Now we go Into that that when I was put Back In my I call For the sgt defendant sgt Bell I was told By the officer that took defendant Dzhegurov place For he had to get treated By medical as well that sgt Bell Is Busy and can not come to my cell At this time So when defendant DeMelo came on Rounds I stop her and said "Please let sgt Bell know that I Just Found A weapon In my cell." She DeMelo stated what the Fuck you said you know you on video I Reppeated that I need to see defendant Bell For there was A weapon In my cell. DeMelo keep going on her rounds even After I told her and pointed to the weapon. Then About 5 to 10 min defendant Wilson came Recording with other staff with him I told him pointed It out and I was ordered to put It on the gate and I followed orders which I Request DNA on It Plus Prints For I Beleave one of the officers put It In there For defendant Bell was talking to me when I was put Back In my cell and I was Requesting For her to get the video For the primary As It look Right Into my cell and we will know who Robbed my cell she told me she can get me some thing to smoke and I told No my stuff Is not here and the officer defendant Walker open my cell For who ever took my property she Defendant Bell was telling me How If Any thing was to happen she will not see not and she was telling me how they doing to get Rid of All the Trouble Makers But It take time. So she was telling me then to get the others and she keep Looking Around where I Found the weapon so she was trying to tell me It was there with out saying It and when I told her It was on video she Flipped out. I was then tooken to the sgt. office sgt. office where defendant Reel, Bell and over other officers unknown to me was In the Room and I Felt A sheet of

Page 4.

see (4A)-(1)

(4A)-(3)

Fear Ran through me As the last time I was Around that many officers I was sodimized and I believe it was the sgt him self that sodimized But not sure. However white In that Office I was tacken out of Cuffs and sgt Reed was talking to me with statments AS "I did your Intake Right? What going on? I know you know better you been down long enough And did not think to Flush It." he will of Flushed. Then defendant Bell came out Braking saying Put the cuff Back on him I do not want him lose I Really fear More then for she was Talling like some thing happened mentally sick I was for I was Frozen and keep feeling the officers on Me Booting and pushing some thing In and out

See (4A)-(3)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Eye Burning water Now to this day; Loss of my Property; most of All mental shock with Fear and loss of weight from stress from the fear of staff No medical Treatment to this day And only was Allowed to wash Face and eyes out which cause more pain As It was Burning more After...

**VI.   RELIEF**

State briefly what money damages or other relief you want the court to order.

(1) I want for them to Release me At parole Broad for this False MBR Is why I am not Making Parole Broad and dismiss the MBR off my Record/history. (2) I will Like (2) two hundred Thousand which is looking At each and what they done 20,000.00 Is For All that I am going through and what I am missing and have to pay for everything, And 20,000.00 From Atkins, Dzhegurov, Bell, and Rodriguez Atkins and Dzhegurov For they did the violations Bell For She was there And I Believe she is whom had them put the weapon there For she wanted me to handle the other guys to assist Does get the trouble makers Rodriguez For he is head of SHU and well Aware that Deci Process was violated and Refuse to fix his Buddies and workers violations; 15,000.00 From Knesth, Wilson, Demelo, and Sherman; Knesth For he was one of the floor officers that Allow my cell to Be Open waited into things happen and did not stop It, Wilson For he wrote the MBR and Demelo cosigned It and cruesed when I told her and did not do nothing Into others attempt to write me up For such when I went stright to her to state It up As It was not names and It was Planted on me see her Body cam. Sherman Is DSS and did the hearing In stright violation of Dir 4932 and Halt Law mostly head of the Facility security and knew I did not have In the Facility and Attempted to have Staff Remove It. 10,000.00 From Walker For he was the one that Allowed me to Be Robbed knowing my cell should of never Open Capt Bardo as he is Discipliary and Acting DSS whom keep me Is the know Due Process and the Halt law was Being violated and maliciously he lied saying to pervert me from smuggling when that was thrown out and he should of Released me As I did the thing that any Rehiblitated Inmate will do and that Is turn over A weapon Found In his or her cell

Page 5
(5c)

(4A)-(3)

me which cause me light headedness and hurt.
    Now The ex-defendants Hutchins, The Jane or John Doe Acting superintendent and Barlow: Came and Allowed For me to be penlized For Falsehoods and Lies which violate Docs Policy, Directive, guildlines, and Law: There Not helpping the Situation And taking me out of SHU was An violation In It Self of Due Process for I did not have No weapon I was not smuggling no weapon And there was no Contraband to be dealt with, or handled, They Lied on the Document 2170 form saying that I must Be prevent from doing what they say which was not true. As First Fact was defendant Demelo Body Cam showed that I told her that I Just found this weapon In my Cell and I wanted defendant Bell to Remove It as She was and Is the sgt and that It was not In my Cell before I Left and was when I Came Back. If them 4 was to follow the half law I will of been Removed From SHU As I was no threat to the Safty of the Facility and Any thing to come close to. Why was I Stuck In SHU. they was Liable For that and Along with the other staff Acting under the RICO ACT A fedral law /Rule as to gang Afflation
    defendant Sherman Is the head of Secuirty did my hearing and Read Into the Record that he was called or some thing to that effect About the Issue and that violate Dir. 4932 No one that deal or handle Any knowgele of the Incieddnt Shall be hearing officer. he told me that I should not write him About officers Putting weapons on me for me to contact OSI. The head man of security At the Facility Will not see to my Safty of my Being Set up with a weapon cannot hold the hearing when he say that he Read A Statement Into the Record that he Put on Record of his Involement of the Incindent.
    Lt. Jordan took part with Barlow, Hutchins, The acts superintended Jane or John Doe and he Defendant Jordan dismissed the Falsified MBR that Defendant Atking wrote saying that I was throwning close fist punches and The Fact Is that I told him and wrote him Asking that that MBR hearing tape beheld For Court Matter As Atkins Lied In the hearing Stating that I was throwning close Fist punches as what he wrote to cover him Assaulting me with the Spray for no Reason and I wrote displiplinary for It as well for Over All From my Being Set up To Be Jump on to them Assaulting us with the Spray and the other Inmate Being Slamed to the ground All Paper work that was written was to cover up

(4A)(4)h:

The gang active of the DOCCS workers, going all the way up to Director of Special Housing Unit defendant Rodriguez that is again located at 1220 Washington Ave Bldg 2 or 4 Albany NY 12226-2050.

As the half law and other factors of my due process being violate he was suppose to correct his staff violation and abuse of power which he again stood to take there side and modified the hearing disposition when it should of been completely dismissed and removed off my record as of any time a convict turn over a weapon that they find they is not to be penalized for such him being SHU Director should of fixed his staff error which no long is a error for it was done with malicious intent. As every one was knowning that 1 MBR was falsified with saying I was fighting to cover up the fact I have a right to be free from assault and been assaulted when I was sprayed for no reason moreso then I told defendent Demelo that it was there and she keep going and others came back later I never moved the weapon nor have I ever touched it other then doing what was ordered of me and then if it was tested by OSI as my request we will of known who put it the which OSI assist DOCCS staff in covering up the weapon and the videos from the pantray body cam will of shown who all robbed my cell the fact that the 3 floor officers set it up to happen and then attempted to assault and cover it up with lies/falsified documents all staff from Rodriguez SHU Director, who cover disciplinary is, DSS Sherman, who handle security for Sullivan Corr. Fac., Lt Jordan, whom in charge of disciplinary with Capt Barlow, the acting Jane/John Doe that was superintendent that day with that legal 2170 Form all broke the law covering up for those that acted in an unlawful array/manner MR Hutchins as to is only an ORC but in all rights had the power to report the wrong doing which he filed to do so make him liable. Knowning Demelo, Wilson, only gave the MBR for I was an abuse of power as I did not do as defendent Bell wanted me to do so she can look the other way her and sgt Reed was there and allowed Atkins, Dzheguror, and Knecht set up and assault us then MR Walker was the only one with the power to allow me to be robbed as he opened my cell knowning I was not in the Block and the videos will show that he opened my cell and others going in removing

Next bags of food and smokes the video that is in the Block over the pantry show it all as it is Right on my cell.

Now I do not have all the dates and times of when my Appeal with to Mr. Rodriguez for these staff members of DOCCS at Attica Corr. Fac. took the Legal papers that went to the Lawyer and it was every thing I have the Information of 1/25/24 For it is in your order which is when those that was dismissed wrote Falsehoods and keep me in SHU Away from my Right to contact Family and live a life of prisonness meaning commissary Phone, packages, and things as for programs for I was not Allowed in General population.

Lastly In good faith I must express to the court that I was more hurt as in the mental then any thing else my eyes water up to this day still from that incident and my loss of family ties as my girlfriend that I was About to marry left me for she said I can not stay out of problems. The fact that I was in that room and put in the hospital Room without rights and with out my property for more the 72 hours killed other court matters I had going And the fact that my property is gone all my food and smokes Few other little things As well the video shows It...

Now the Rest is on the sheet It self And the Attorney General office know the things that is going on from every MBR that is and was falsified and illegal As they have me Fighting on Article 78's Right now as it is 3 to 4 In the courts From this Action and others like such when I was Just Assaulted In Attica Corr. Fac and My Being Denied Law Library Acess And my Legal work Being tooken As they working under the Rico Act. gangaffilation.

C. Evans 09A4652

10/16/24

VI. Relief cont: ↑(5c) From    Page 5 of motion

As not to Be Found with It.
    5,000.00 For SGT Reed As he put Most Fear In me with the other Officers As he took the cuff off at first and said he will of Flush It and I should of did the same IF I did not want It to use on the other Inmates As what It was giving to me for. In so many words that Is his speaking to Me when he Asked why I did not Flush It. So Jordan For he had All the videos and Body cam's and know that I Attempt to do the Right thing and give what was Found in my cell to staff and he Allowed the lie of my smuggling along with Hutching Jane or John Doe and the Rest of the team that did not do Full Due process and Rubber stamped the 2120 with Falshoods.
    Therefore the Real Relife I can obtain Is the clearing of my history and Allowed to go home As Allegelly my disciplinary what I recieved 18 months For.
    Needing to be Removed from this Facility Attica corr. Fac. For the same thing took place and the Attorny General Office IS using Trickery Now to stop My clearing up the Fact that I should not have the MBR As I did not Fight As with the MBR Atkins wrote the same thing happen here on        And I was sprayed by staff here and Abuse to the Fullest and My mail and legal mail I voilated dealy and I am not getting legal assistance or to the Law Library It self.


                                        C. Evans 08A4652

10/16/24

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__10/16/24__  
Dated

__C. Evans  09A4652__  
Plaintiff's Signature

__Clarence__  
First Name

__ __  
Middle Initial

__Evans__  
Last Name

__Attica Corr. Fac.   PO Box 149__  
Prison Address

__Attica__         __NY__         __14011-0149__  
County, City        State        Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: __10/16/24__

But the officer will Mark 10/17/24 For that is the morning It go out 7:00AM

Page 6

10/16/24

# COVER LETTER

Please For Your Finding

there Is 13 Pages Enclose

12 Is of the 2nd Amended Complaint

and 1 OF A Letter that go with to Make Sure It Is how It should Be Done And I donot ~~Reall~~ Fully understand All that I am told to do which I have A ~~Issues~~ understanding Some things and Issues spelling And not Being Allowed to get to Law Library For Assistance Or copies So this Is All I have. Please Be Advised that I did not Fully write All As Before As I cannot Fully spell All that was done So I Changed It up Some I hope this Is more understood.

THANK YOU FOR YOUR TIME

C. Evans 09A4650

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149

NAME: Clarence Evans       DIN: 09A4652

Legal Mail





RECEIVED
OCT 22 2024
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.

Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601

1060134140 C004

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Clarence Evans     DIN: 09A4652

Printed On Recycled Paper