UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CLARENCE EVANS,

                Plaintiff,

-against-                                24 **CIVIL** 0927 (CS)

**JUDGMENT**

C.O. ATKINS, *et al.*,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 25, 2025, Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      August 26, 2025

                                              **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                    **BY:**

                                                 **Deputy Clerk**